UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA

       -against-

JHON MARIO GAVIRIA-CASTANO

                      Defendant.
------------------------------------x

Docket No.:

CR - 03 - 1369-7 (FB)

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

    I have been advised of my right to enter a plea of guilty before a United States district judge or a United States magistrate judge.

    **I HEREBY** consent to having Magistrate Judge Marilyn D. Go conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I give this consent voluntarily after full consultation with counsel.

_____
Defendant

_____
Defendant's Attorney (if any)

_____
U.S. Attorney by AUSA

Consent Acknowledged on
May 18, 2006

_____
Marilyn D. Go
United States Magistrate Judge